UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-po-00380-JDP |
| ) | |
| Plaintiff, ) | [~~Proposed~~] ORDER TO DISMISS AND |
| ) | VACATE BENCH TRIAL |
| v. ) | |
| ) | |
| JEFFREY GUILD, ) | DATE: November 16, 2021 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00380-JDP is GRANTED.

It is further ordered that the bench trial scheduled on November 16, 2021, is vacated.

IT IS SO ORDERED.

Dated: November 15, 2021

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

ORDER TO DISMISS AND
VACATE BENCH TRIAL               1                U.S. v. JEFFREY GUILD